7

United States District Court
Southern District of Texas
FILED

JAN 0 9 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN THE MATTER OF: )
 )
MARIA CARMEN GUTIERREZ DE CRUZ, )   MISC No. B-96-005
 )
             Petitioner. )
_____)

MOTION TO DENY MOTION FOR JUDICIAL
REVIEW OF DENIAL OF NATURALIZATION
AND DISMISS CASE

COMES NOW, the Immigration and Naturalization Service ("Service") moves the Court to deny the Petitioner's motion for judicial review of the denial of her naturalization and dismiss the matter as moot. According to the Service's administrative file, the Petitioner's application for naturalization was withdrawn after she could not demonstrate sufficient proficiency in the English language as required by §312 of the Immigration and Nationality Act ("Act"); 8 U.S.C. §1423. *See* attached Withdrawal of Application for Naturalization, Form N-400, by Maria Carmen Cruz dated June 6, 1996. Since the Petitioner has withdrawn her naturalization application, the motion for judicial review of the denial of the naturalization application is moot. Therefore, it is proper to dismiss this matter.

The undersigned has attempted to contact the Petitioner, who is pro se, to determine if she would be opposed to this motion. However, the undersigned has been unsuccessful in her attempts to

contact the Petitioner telephonically. The Petitioner is presently 70 years of age.

Therefore, the Service respectfully requests that the Petitioner's motion for judicial review of the denial of her naturalization application be denied. It is further respectfully requested that this matter be dismissed.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | MICHAEL T. SHELBY<br>United States Attorney<br>Southern District of Texas |
|  | _/s/ Lisa M. Putnam_<br>LISA M. PUTNAM<br>Special Assistant U.S. Attorney<br>P.O. Box 1711<br>Harlingen, Texas 78551 |
| Dated: January 8, 2002 | Tel: (956) 389-7051 |

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on Petitioner at the following address, by depositing a copy of it in the United States mail, first class postage prepaid, to:

>Maria Carmen Gutierrez de Cruz
>507 Ash St.
>Brownsville, TX  78520

on this the ___8th___ day of January, 2002.

>*(signature)*
>Lisa M. Putnam
>Special Assistant U.S. Attorney

**EXHIBIT 1**

<u>**Maria Carmen Gutierrez de Cruz**</u>
<u>**No. B-96-005**</u>

MISC

**U.S. DEPARTMENT OF JUSTICE**

Immigration and Naturalization Service

2102 Teege Ave.
Harlingen, Texas 78550

TO FILE: A24 828 389

RE: N-400

I, MARIA CARMEN CRUZ, wish to withdraw the Application for Naturalization, Form N-400.

I do not want to receive any benefits under the Immigration and Nationality Act, based upon this application.

This request is freely and voluntarily given, without threat or promise by any Immigration Officer.

I hereby acknowledge a copy of this request was furnished to me and that the withdrawal is executed upon my signature.

*M Carmen Cruz*

SWORN TO AND SUBSCRIBED TO BEFORE ME AT HARLINGEN, TEXAS, ON June 6, 1996.

_____
Immigration Examiner

_____
Witness