United States District Court
Southern District of Texas
FILED

JAN 15 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN THE MATTER OF: )
)
MARIA CARMEN GUTIERREZ DE CRUZ, )  C.A. No. B-96-005
)
        Petitioner. )
_____)

AMENDED MOTION TO DENY MOTION FOR JUDICIAL
REVIEW OF DENIAL OF NATURALIZATION
AND DISMISS CASE

COMES NOW, the Immigration and Naturalization Service ("Service") moves to amend its prior motion to deny the Petitioner's motion for judicial review of the denial of her naturalization and dismiss the matter as moot. The Service believes that the motion is proper, however, the underlying reason for the motion was incorrect.

It was discovered that the Petitioner had two Service administrative files. One contained the denial referenced in the Service's original motion to deny filed a few days ago. The other file contained information that an application for naturalization had been approved and that the Petitioner was naturalized as a United States citizen on November 10, 1999 (certificate #24897763). These two administrative files have now been consolidated.

Therefore, the Service respectfully requests that the Petitioner's motion for judicial review of the denial of her

naturalization application be denied as moot because the Petitioner's application has been approved and she has been naturalized as a United States citizen.  It is further respectfully requested that this matter be dismissed.

                            Respectfully submitted,

                            MICHAEL T. SHELBY
                            United States Attorney
                            Southern District of Texas

                            LISA M. PUTNAM
                            Special Assistant U.S. Attorney
                            P.O. Box 1711
                            Harlingen, Texas 78551
Dated:  January 11, 2002     Tel:  (956) 389-7051

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on Petitioner at the following address, by depositing a copy of it in the United States mail, first class postage prepaid, to:

    Maria Carmen Gutierrez de Cruz
    507 Ash St.
    Brownsville, TX  78520

on this the 11th day of January, 2002.

                      Lisa M. Putnam
                      Special Assistant U.S. Attorney