9

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
**ENTERED**

**JAN 2 3 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| IN THE MATTER OF: | § | |
| --- | --- | --- |
| | § | MISCELLANEOUS NO. B-96-005 |
| MARIA CARMEN GUTIERREZ DE CRUZ | § | |

TYPE OF CASE:    __X__ CIVIL              ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING

**HEARING ON RESPONDENT'S AMENDED MOTION TO DENY MOTION FOR JUDICIAL REVIEW OF DENIAL OF NATURALIZATION AND DISMISS CASE**

PLACE.

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME

**FEBRUARY 5, 2002 AT 1:45 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JANUARY 22, 2002

TO:     MS  MARIA CARMEN GUTIERREZ DE CRUZ
        MS. LISA PUTNAM
        MS  NANCY MASSO