

U.S. District Court
Southern District of Texas
FILED

FEB 0 5 2002

Michael N. Milby
Clerk of Court

## THE HONORABLE JOHN WM. BLACK

### HEARING ON RESPONDENT'S MOTION TO DENY MOTION FOR JUDICIAL REVIEW OF DENIAL OF NATURALIZATION AND DISMISS CASE

MISCELLANEOUS NO. <u>B-96-005</u>              DATE & TIME: <u>02-05-02 AT 1:45 P.M.</u>

<u>MARIA CARMEN GUTIERREZ DE CRUZ</u>     PLAINTIFF(S) <u>PRO SE.</u>
                                        COUNSEL

VS.

<u>U.S. DEPARTMENT OF JUSTICE</u>          DEFENDANT(S) <u>LISA M PUTNAM</u>
<u>IMMIGRATION & NATURALIZATION</u>       COUNSEL
<u>SERVICE</u>

---

Attorney Lisa Putnam appeared in chambers.

Maria Carmen Gutierrez de Cruz was naturalized.