11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE MATTER OF: §
§
MARIA CARMEN GUTIERREZ DE CRUZ, §
Petitioner. §
§   Misc. No. B-96-005
§
§
§

## O R D E R

Upon consideration of the Motion to Deny Motion for Judicial Review of Denial of Naturalization and Dismiss Case, the Court finds that the Motion should be **GRANTED**.

Accordingly, it is ORDERED, ADJUDGED, and DECREED that the Petitioner's Motion for Judicial Review of Denial of Naturalization is **DENIED** as moot. The Petitioner's application has been approved and she has been naturalized as a United States citizen. It is further ordered that this case is DISMISSED without prejudice.

DONE this __8th__ day of February, 2002 in Brownsville, Texas.

Filemon B. Vela
United States District Judge